IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DONALD R. WHITE, <br> Reg. No. 27861-001, <br><br> Petitioner, <br><br> v. <br><br> WARDEN WOODS, <br> FPC MONTGOMERY, <br><br> Respondent. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CASE NO. 2:18-CV-1075-WKW <br> ) [WO] <br> ) <br> ) <br> ) <br> ) |

**ORDER**

On December 15, 2021, the Magistrate Judge filed a Recommendation (Doc. # 20) to which no timely objections have been filed. Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED as follows:

1. The Magistrate Judge's Recommendation (Doc. # 20) is ADOPTED.

2. White's petition for writ of habeas corpus is DENIED, and this action is DISMISSED.

A final judgment will be entered separately.

DONE this 11th day of January, 2022.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE